

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00061-CR

Edison **CARRAMAN**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CR-6386
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's record was originally due March 11, 2022, but was not filed. On March 28, 2022, the court reporter filed a notification of late record, requesting an extension until May 10, 2022 to file the record. After consideration, we GRANT the request and ORDER the court reporter to file the record by May 10, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court